7:08
◀ Messages

sage
PERSONAL FINANCE

# Certificate of Debtor Education

I certify that on 10/07/2026 Khuong Nguyen

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of North Carolina .

Case number: 26-03627

Certificate number: NCM26-036275070598

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance

sagepf.com